**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02594-MEH

MELVIN BERNSTEIN,

     Plaintiff,

v.

AIG CLAIMS, INC.
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael E. Hegarty entered on October 22, 2014 it is

ORDERED that Defendants' Motion to Dismiss, filed 9/26/2014 [#11], is granted. It is

FURTHER ORDERED that final judgment enter in favor of Defendants AIG Claims, Inc. and National Union Fire Insurance Company of Pittsburgh, PA and against Plaintiff Melvin Bernstein.  It is

FURTHER ORDERED that each party pay its own fees and costs.

Dated at Denver, Colorado this 22nd day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid
_____

S. Libid
Deputy Clerk